# ELECTRONIC RECORD

COA # 01-13-00374-CR      OFFENSE: 2 (Poss w/intent Deliver Controlled Substance)

STYLE: Juan Villareal v. The State of Texas   COUNTY: Harris

COA DISPOSITION: AFFIRM      TRIAL COURT: 183rd District Court

DATE: 11/20/2014      Publish: NO   TC CASE #: 1353512

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Juan Villareal v. The State of Texas      CCA #: 1649-14

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____      JUDGE: _____

DATE: 02/25/2015      SIGNED: _____      PC: _____

JUDGE: _____      PUBLISH: _____      DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**